```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

CYNTHIA WILLIAMS,              )
                               )
           Plaintiff,          )
                               )
      vs.                      )     No. 4:07-CV-1900 CEJ
                               )
ADVANCE AMERICA, CASH          )
ADVANCE CENTERS OF MISSOURI,   )
INC.,                          )
                               )
           Defendant.          )

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action without in accordance with the plaintiff's notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i).

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2007.